**Exhibit A to the Complaint**

**Location:** San Jose, CA  
**Total Works Infringed:** 32  
**IP Address:** 73.93.92.24  
**ISP:** Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: F9D83793A2AA55F8CFB42F5116C14168F73CDB6E<br>File Hash: 35BC69BCAA0B7BB6A518963387DE5A99E48C1D3C34F16BA644AE0A25F696CA21 | 11-07-2021 04:52:09 | Tushy | 06-06-2021 | 06-15-2021 | PA0002296921 |
| 2 | Info Hash: F3BDB02185AB3B5B48C4EEF425AC94AF5D61BA35<br>File Hash: 650DAE7596F611299044484E9441EE6ABC41A4628A930BD4BB47F1A8857E8A83 | 11-02-2021 15:37:40 | Vixen | 10-29-2021 | 11-11-2021 | PA0002321280 |
| 3 | Info Hash: E895A41D78A039F714C4F3C30491EA2F3FCE4B35<br>File Hash: 37B08BA5FC4C27630984E855BE49E906D16D01979D265E4E6E83679D71914A06 | 10-26-2021 21:07:49 | Blacked | 09-18-2021 | 10-05-2021 | PA0002315291 |
| 4 | Info Hash: E77E7917B5F3C73AD9E3925EBF133C8A7B3F49C4<br>File Hash: A6CD82E7EA47C9102414E1769267CCCC740102FAF27221768FA1702B8E41FF3D | 10-23-2021 23:58:11 | Tushy | 10-17-2021 | 11-11-2021 | PA0002321294 |
| 5 | Info Hash: AC75F6B67B4EBAE69972BD068F141E72208FCDF5<br>File Hash: A11FFDCE1A1B52EFF96752F96F141BD77FD8AF6E85C62607DD1269706957AE2F | 10-18-2021 16:17:48 | Blacked | 10-16-2021 | 10-19-2021 | PA0002317055 |
| 6 | Info Hash: F4A97918835DD58FE77C6616EE92FF2840C5596A<br>File Hash: B89E9FB1DFA96D2D99CA79899F4D1E4DE93F49A3D29058DF1A2760B109555666 | 10-03-2021 05:31:24 | Tushy | 09-05-2021 | 09-21-2021 | PA0002312671 |
| 7 | Info Hash: 660A12EC87539227779AFE34C961560331CF4636<br>File Hash: 5EC158177271D07B26A4F7389FFA806DB9FC4CD0CE05E469D542C7430D0778BC | 09-29-2021 17:34:38 | Tushy | 09-19-2021 | 10-19-2021 | PA0002317058 |
| 8 | Info Hash: 23E524B0905E4F08AC4DB56458DE4BFF630E5FC0<br>File Hash: 2FBD2F2BACD9EDE39841A69A16DAF48ACAA076C3AD4255D97CC255A59E4B50D0 | 09-17-2021 16:47:10 | Vixen | 09-13-2021 | 09-30-2021 | PA0002319739 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: 64C5FE3D236310F40A80E7FBC9905050811C3CB6<br>File Hash: 2FC8A2A0D43277B48375863E8F59D1CAFF37560781141E53CAB03956CC4901CD | 09-17-2021 16:29:59 | Vixen | 09-13-2021 | 10-05-2021 | PA0002315286 |
| 10 | Info Hash: 54F7FD3FB7A3636326E28499C9A8EAF88BA22E43<br>File Hash: 881181081A5469DF933A3A7DDC466F70F2A4E6E81B4B8F3A77AEAC53356C36C0 | 08-22-2021 21:34:08 | Blacked | 08-14-2021 | 08-23-2021 | PA0002308398 |
| 11 | Info Hash: 9DC437C24A1C39ADDF1E9D9C1CB76527E9100402<br>File Hash: CD65C7799CB97E0A127916FC4B2E662BE7F04B46D6C8C1CABB97FD9060BB3010 | 08-13-2021 05:30:34 | Tushy | 07-11-2021 | 09-21-2021 | PA0002312668 |
| 12 | Info Hash: F4F78E5BFF7C5477CE5383DCD7CD14349EFB493F<br>File Hash: 37A010F243969C2660520A19AAF03B4A0CF859D29B679D2FF707D1AC4DF973D9 | 08-13-2021 05:29:33 | Tushy | 08-08-2021 | 09-08-2021 | PA0002316099 |
| 13 | Info Hash: 810363F9FFF4342EF173C2C30784C811E8F941BF<br>File Hash: 9E8B453850957B0129513929AA52F98F20308E7ABDFB432C19C12FD5001D3AA0 | 08-09-2021 20:50:04 | Vixen | 08-06-2021 | 08-23-2021 | PA0002308435 |
| 14 | Info Hash: 9B543B02B83223AEA59815F19FE9BC87C07958D7<br>File Hash: BB71EAE8FCFF67EF623220E917FC9BDA75C3A4DE0AE01AE6B5CB7A287BAD19FE | 08-09-2021 20:49:38 | Blacked | 08-07-2021 | 08-23-2021 | PA0002308431 |
| 15 | Info Hash: 1D935A62F16EF42075C521A42D453CAB7BA7C368<br>File Hash: 8D159ADC28DDFC5B4BB6E608B489C2B3211B90C5DE1F4B59C26CC2BCEBF132BD | 08-02-2021 00:24:58 | Vixen | 07-30-2021 | 08-20-2021 | PA0002312017 |
| 16 | Info Hash: 6714102C7DDCFFD6FB3AFDAF0D57CABB6B159054<br>File Hash: 117EB7A1966D88458C6860192161CDE74D82E1D7E10588521898FF3D5E55AD8B | 07-06-2021 06:45:55 | Tushy | 07-04-2021 | 07-08-2021 | PA0002300663 |
| 17 | Info Hash: 468B16982691C5EC859E27FC7DB0CB4A23EFBFEC<br>File Hash: 6A53E0B152D167C64AFA6C98580D032B9346556BBC710AAFB5FCFED8FB47D465 | 06-24-2021 20:37:28 | Vixen | 05-21-2021 | 06-03-2021 | PA0002299688 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: 617CA9ED4F993A3FA8FF10C9C8E2C365C611F3C2<br>File Hash: BEBCFBFD77CA2285D3BFB1987858BD972F8BCF1F652C9603AD8AAD6A416DED84 | 06-19-2021 18:24:20 | Tushy | 05-30-2021 | 06-24-2021 | PA0002303168 |
| 19 | Info Hash: B8C6CCADB727FF26D9B76490632E31735F9CBB32<br>File Hash: 33E1D840721B5A39C483C67FB09BC4DA01AED0C78101DDA40F49287706E4E76B | 05-18-2021 23:56:12 | Blacked | 05-01-2021 | 06-09-2021 | PA0002295604 |
| 20 | Info Hash: E3597FF7AA7734011387A0575130129A39004A6B<br>File Hash: 511FA3B1EA9D8AA9FCB72590F4DDDC438FDBC6E97935036C43279D4BA4DE15C6 | 04-22-2021 05:43:41 | Blacked | 04-03-2021 | 04-14-2021 | PA0002286725 |
| 21 | Info Hash: 1AA50FE281B33A0650039471DEEC4033534E6527<br>File Hash: 5C234D07F22A0ECB58DAD1E36BE0DCC493EE38BF786B7BA3EE1C802E7A796850 | 04-01-2021 15:34:48 | Vixen | 03-12-2021 | 03-22-2021 | PA0002282506 |
| 22 | Info Hash: 8EE76A64B8F78296D8BA6D3C77273B99EC1B5081<br>File Hash: 80798E7C3C20BA507A00B6BF10247DB476510EFD3FA7C31B1D420B617065C577 | 03-24-2021 15:42:49 | Tushy | 12-06-2020 | 12-28-2020 | PA0002269080 |
| 23 | Info Hash: EB2F55053CBABCB544A4C56CFECBDB52C0A94BF3<br>File Hash: 2BB8B24F3B41E73E425075504E83A53C0D1E709F9916E6C7EA5671E2A27BE6AF | 03-05-2021 00:59:39 | Vixen | 02-05-2021 | 02-09-2021 | PA0002276151 |
| 24 | Info Hash: D8377F22A5B76F6FE17E2C1918296688E02026EB<br>File Hash: 41F17368762A71E497D6DB6FBD55BEEE103180B1035CB7E017F77AAC3FF0D427 | 02-28-2021 23:46:32 | Tushy | 02-14-2021 | 03-08-2021 | PA0002280366 |
| 25 | Info Hash: 08E0F03F7656F2101A8EC5CBCB8ABD6B8BFD5AF8<br>File Hash: 44C794B58B90627A34DF9D6B904EF6B6784E2EEB410EAC42028BA6853399E6FF | 02-08-2021 02:21:58 | Vixen | 01-08-2021 | 02-02-2021 | PA0002280513 |
| 26 | Info Hash: 522A38CB072F8BD9D9BC8FC64808A0DE4DF614B6<br>File Hash: 8C758CFDE5451507AE932D33C9653D552FE0CB7153B801DB1F731B04DC90F481 | 02-04-2021 18:29:33 | Blacked | 01-02-2021 | 01-05-2021 | PA0002269954 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: F4012B4273F32BBBB89E9B621DB3E8FB94C71C77<br>File Hash: FB4BBB49CCE4B072795D2656F13151B547D1F52342C88B605F681DCAD2F73EE6 | 02-04-2021 18:14:04 | Tushy | 12-27-2020 | 01-05-2021 | PA0002269957 |
| 28 | Info Hash: AE1C8497B302871D570A2C1FAF7AE7AE49419FCA<br>File Hash: BD2C5C9B9FD8E768B0511F2234672AE6AF2388A3370D87698C51ED2C0CE7B807 | 12-28-2020 00:23:08 | Tushy | 10-25-2020 | 11-24-2020 | PA0002265965 |
| 29 | Info Hash: 5432FDFDFD6DAE01D6CD397828B02AE9F0EB7544<br>File Hash: 4646B4DB38A7234CB4CFBE85E01C896E2ADAF1F88C24E017D854F422F835D322 | 12-19-2020 01:27:32 | Vixen | 12-04-2020 | 01-04-2021 | PA0002277036 |
| 30 | Info Hash: 3AB4379E04C0DE3E0E2DEC5D57D1E2734620A57F<br>File Hash: BE3492729C0629A0CA3B64EA8DDC9C3921289208476737232A7644831F847EE7 | 12-19-2020 01:06:05 | Blacked | 11-07-2020 | 11-24-2020 | PA0002265966 |
| 31 | Info Hash: 5BA92D25CF47A0162A4A0A27C13DDFE64A3B8C67<br>File Hash: 66F36417F3E9080FFD22E54D4F0581E028B85DDC7FC604D22F77E4531C927F5E | 12-13-2020 22:07:17 | Blacked | 10-03-2020 | 10-22-2020 | PA0002261803 |
| 32 | Info Hash: B325B7E8107FC52C71CCBA7A995E4E75AED840B1<br>File Hash: 00C5EB6E231D7C6BAC34B9BF59414E24089B2DDAE038D1EB410827A14D8A5084 | 12-06-2020 02:53:07 | Tushy | 11-29-2020 | 01-04-2021 | PA0002277033 |